IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| THE CHILDREN'S CANCER FOUNDATION, INC., <br>     Plaintiff, <br><br> v. <br><br> NATIONAL CHILDHOOD CANCER FOUNDATION, <br><br>     Defendant. | Civil Action No. L-01-2104 |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

I, David J. Cynamon, am a member in good standing of the bar of this Court. My bar number is 05620. I am moving the admission of Alan S. Cooper to appear *pro hac vice* in this case as counsel for The Children's Cancer Foundation, Inc. We certify that:

1. Enclosed is the $50.00 fee for admission pro hac vice.

2. The proposed admittee is a member in good standing of the following State Courts and United States Courts.

| Court | Date of Admission |
|---|---|
| U.S. District Court for the District of Columbia | January 3, 1969 |
| U.S. Supreme Court | February 25, 1980 |
| U.S. Court of Appeals for the District of Columbia Circuit | January 3, 1969 |



3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted to this Court zero times.

4. The proposed admittee has never been disbarred, suspended, or denied permission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court and understands that he will be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant will serve as co-counsel in these proceedings.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ David J. Cynamon | /s/ Alan S. Cooper |
| David J. Cynamon | Alan S. Cooper |
| Shaw Pittman LLP | Shaw Pittman LLP |
| 2300 N Street, N.W. | 2300 N Street, N.W. |
| Washington, D.C. 20037-1128 | Washington, D.C. 20037-1128 |
| 202-663-8492 (telephone) | 202-663-8665 (telephone) |
| 202-663-8007 (fax) | 202-663-8007 (fax) |

## ORDER

The Motion for Admission of Alan S. Cooper *Pro Hac Vice* is hereby:

✓ ____ Granted    ____ Denied

8/21/01
Date

_____
U.S. District Judge