IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE CHILDREN'S CANCER FOUNDATION<br>(a Maryland corporation)<br><br>Plaintiff<br><br>v.<br><br>NATIONAL CHILDHOOD CANCER<br>FOUNDATION<br>(a California corporation)<br><br>Defendants | Civil Action No. LO1-CV-2104 |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 DEC -3  P 12: 28

AT BALTIMORE

BY_____DEPUTY

## STIPULATION

Plaintiff The Children's Cancer Foundation and Defendant National Childhood Cancer Foundation, through their respective undersigned counsel, hereby stipulate that all of the claims pleaded by Plaintiff against Defendant in the above-captioned civil action and all counterclaims which Defendant, as a matter of right, could have pleaded against Plaintiff are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees except as provided in the Settlement Agreement between the parties.

THE CHILDREN'S CANCER FOUNDATION

By: _____
David J. Cynamon (#05620)
Alan S. Cooper
Julia E. Judish
Shaw Pittman, LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
Fax: (202) 663-8007

Attorneys for Plaintiffs

-2-

NATIONAL CHILDHOOD CANCER FOUNDATION

By: /s/ W. Charles Bailey, Jr.
W. Charles Bailey, Jr. (#23380)
Stephen Simms (#4269)
Greber & Simms
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
(410) 783-5795
Fax (410) 783-1369

and

John W. Kim
Gray Cary Ware and Freidenrich LLP
4365 Executive Drive, Suite 1100
San Diego, California 92121-2133
(619) 699-2659
Fax (619) 699-2701

SO ORDERED at Baltimore, Maryland, this 13TH day of December, 2001.

The Clerk Shall Close The Case

/s/ Benson E. Legg
United States District Judge

Document #: 1184203 v.1